MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
Email: mknepper@nvbankruptcyattorneys.com
**KNEPPER LITIGATION LLC**
5940 S Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118-2507
Phone: (702) 848-3855
Fax: (702) 660-4228

*Attorneys for Plaintiff*
*Geraldine Van Damme*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GERALDINE VAN DAMME,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES -2004-11, and WELLS FARGO BANK, N.A. | Case No: BKS- 2:25-cv-01481-RFB-BNW<br>Chapter 13<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS [ECF NO. 31]**<br><br>Assigned to Hon. Judge Richard F. Boulware, II<br>Complaint filed: August 12, 2025 |

Plaintiff Geraldine Van Damme ("Plaintiff") by and through her counsel of record, Nevada Bankruptcy Attorneys, and U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 ("U.S. Bank") and Wells Fargo Bank, N.A. ("Wells Fargo", and together with U.S. Bank, "Defendants") (collectively the "Parties"), hereby stipulate and agree as follows:

1.         On September 23, 2025, Defendants filed a *Defendants' Motion To Stay Discovery Pending Motion To Dismiss* ("Motion") [ECF Dkt. 31].

2. The current deadline for Plaintiff to file her opposition to Defendants' Motion is October 6, 2025.

3. Defendants' reply brief is currently due on October 13, 2025.

4. The Parties have mutually agreed to a two-day extension of deadlines to allow additional time to Plaintiff's counsel to account for overlapping deadlines. Accordingly, the parties respectfully request that the Court:

    a. Extend the deadline for Plaintiff to file her opposition to **October 8, 2025**;

    b. Extend the deadline for Defendants to file their reply brief to **October 15, 2025**;

    and

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

Respectfully submitted on October 6, 2025

| **KNEPPER LITIGATION, LLC** | **SNELL & WILMER** |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> matt@knepperlitigation.com <br><br> *Counsel for Plaintiff* <br> *Geraldine Van Damme* | /s/ *Jennifer Belew Lustig* <br> Jennifer Belew Lustig, Esq. <br> 1700 South Pavilion Center Drive, Suite 700 <br> Las Vegas, NV 89135 <br> jlustig@swlaw.com <br><br> *Counsel for Defendants* <br> *U.S. Bank National Association, as Trustee; and Wells Fargo Bank, N.A.* |

/ / /

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff shall have until October 8, 2025 to file an Opposition to Defendants' Motion To Stay Discovery Pending Motion To Dismiss.

**IT IS SO ORDERED**.

Dated: October 7, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**KNEPPER LITIGATION LLC**

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
matt@knepperlitigation.com

*Counsel for Plaintiff*
*Geraldine Van Damme*