1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Jennifer B. Lustig, Esq.
   Nevada Bar No. 9110
3  SNELL & WILMER L.L.P.
   1700 S. Pavilion Center Drive, Ste. 700
4  Las Vegas, Nevada 89135
   Telephone:   (702) 784-5200
5  Facsimile:    (702) 784-5252
   kdove@swlaw.com
6  jlustig@swlaw.com

7  *Attorneys for Defendants U.S. Bank National Association, as Trustee, Successor in Interest to*
8  *Bank of America, N.A., as Trustee, Successor by Merger to LaSalle Bank National Association,*
9  *as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series -2004-11,*
10 *and Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALDINE VAN DAMME, | Case No. 2:25-cv-01481-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, and WELLS FARGO BANK, N.A., | |
| Defendants. | |

Plaintiff Geraldine Van Damme ("Plaintiff") and Defendants U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 ("US Bank"); and Wells Fargo Bank, N.A. ("Wells Fargo", and together with US Bank, "Defendants") (collectively, the "Parties"), by

and through their counsel of record, hereby stipulate and agree to continue the hearing on Defendants' Motion to Stay Discovery until January 23, 2026 based on the following:

1. On September 23, 2025, Defendants filed a Motion to Stay Discovery [ECF No. 31], which is fully briefed and awaiting the Court's decision [ECF Nos. 37, 40.]

2. On January 5, 2026, the Court entered an order setting a hearing on the Motion to Stay Discovery on January 12, 2026 at 2:00 p.m.

3. Defendants' counsel, Kelly Dove, is undergoing a medical procedure on January 8, 2026, and will not be able to attend by the currently-scheduled hearing date.

For the foregoing reasons, the Parties stipulate and agree to continue the hearing from Monday, January 12, 2026 until Friday, January 23, 2026. or as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED this 7th day of January, 2026.

| KNEPPER LITIGATION | SNELL & WILMER L.L.P. |
|---|---|
| /s/ Matthew I. Knepper <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> 5940 S. Rainbow Blvd. <br> Suite 400 <br> PMB 99721 <br> Las Vegas, NV 89118 <br> *Attorneys for Plaintiff* <br> *Geraldine Van Damme* | /s/ Kelly H. Dove <br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Jennifer B. Lustig, Esq. <br> Nevada Bar No. 9110 <br> 1700 S. Pavilion Center Dr., Ste. 700 <br> Las Vegas, NV 89135 <br> *Attorneys for Defendants U.S. Bank National Association, as Trustee; and Wells Fargo Bank, N.A. as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series -2004-11 ,and Wells Fargo Bank, N.A.* |

**ORDER**

Having considered the foregoing Stipulation to Continue the Hearing on Defendants' Motion to Stay Discovery, and good cause appearing, the foregoing stipulation is **GRANTED**,

4936-3586-3686

1  and the hearing on Defendants' Motion to Stay Discovery shall be continued from January 12,

2  2026 at 2:00 p.m. until **January 23, 2026 at** 10:00 **a.m.**

3      **IT IS SO ORDERED** this 9th day of January, 2026.

[signature]

12  Respectfully submitted by:

13  SNELL & WILMER L.L.P.

14  By: *Kelly H. Dove*
15      Kelly H. Dove, Esq. (NV Bar No. 10569)
    Jennifer B. Lustig, Esq. (NV Bar No. 9110)
16      1700 S Pavilion Center Drive, Ste. 700
    Las Vegas, Nevada 89135
17  *Attorneys for Defendants*

3

4936-3586-3686